B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
# Eastern District of New York

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Micro Contract Manufacturing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **11-3182167** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **119 Comac Street Ronkonkoma, NY** ZIPCODE **11779** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): **119 Comac Street, Ronkonkoma, NY** ZIPCODE **11779**

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Micro Contract Manufacturing, Inc.**

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Micro Contract Manufacturing, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Attorney*

X ***/s/ Harold M. Somer***
Signature of Attorney for Debtor(s)

**Harold M. Somer**
**Harold M. Somer, PC**
**1025 Old Country Road Suite 433**
**Westbury, NY 11590**

**harold.somer@verizon.net**

**November 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Thomas DeGasperi***
Signature of Authorized Individual

**Thomas DeGasperi**
Printed Name of Authorized Individual

**Pres.**
Title of Authorized Individual

**November 12, 2014**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

______________________________

X ______________________________
Signature

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ____________

**Micro Contract Manufacturing, Inc.** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **P.C.I. Sales International, LTD.**<br>**2 Spring Meadow Court**<br>**Kings Park, NY 11754** | | **Trade debt** | | **170,265.70** |
| **GSM LI LLC, ICA LI LLC, Et Al**<br>**C/O Long Island Industrial Mgt. LLC**<br>**575 Underhill Blvd., Ste. 200**<br>**Syosset, NY 11791** | | **services provided** | **Disputed** | **132,480.87** |
| **Nichia America Corp.**<br>**48561 Alpha Dr., Ste. 100**<br>**Wixom, MI 48393** | | **Trade debt** | | **77,340.00** |
| **Mouser Electronics**<br>**PO Box 99319**<br>**Ft. Worth, TX 76199-0319** | | **Trade debt** | | **66,896.91** |
| **De Lage Landen Financial Services**<br>**C/O Stark & Stark Pc**<br>**993 Lenox Dr., Bldg. 2**<br>**Lawrenceville, NJ 08648-2389** | | **Trade debt** | | **60,429.92** |
| **Digi-Key**<br>**701 Brooks Ave. So.**<br>**Theif River Falls, MN 56701-0677** | | **Trade debt** | | **59,310.82** |
| **Future Electronics (US) LLC**<br>**3255 Pays Shere Circle**<br>**Chicago, IL 60674** | | **Trade debt** | | **55,966.51** |
| **Arrow Electronics Inc.**<br>**PO Box 350090**<br>**Boston, MA 02241-0590** | | **Trade debt** | | **49,826.69** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | **credit card** | | **32,359.30** |
| **Capital One**<br>**PO Box 70886**<br>**Charlotte, NC 28272-9903** | | **credit card** | | **22,100.55** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | **credit card** | | **20,312.43** |
| **Bank Of The West**<br>**Dep't. 1A 23091**<br>**Pasadena, CA 91185-3091** | | **Trade debt** | | **17,363.64** |
| **B&H Precision Fabricators Inc.**<br>**95 Davinci Dr.**<br>**Bohemia, NY 11716** | | **Trade debt** | | **17,082.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Bisco Industries**<br>**PO Box 68062**<br>**Anaheim, CA 92817** | **Trade debt** | **16,206.88** |
| **Chase**<br>**Card Member Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | **credit card** | **15,434.43** |
| **Amplified Power & Gas**<br>**523 E. Putnam Ave.**<br>**Greenwich, CT 06830** | **services provided** | **14,855.85** |
| **SAMTEC, Inc.**<br>**3837 Reliable Parkway**<br>**Chicago, IL 60686-0038** | **Trade debt** | **11,356.79** |
| **Allied Electronics Inc.**<br>**Acc'ts Receivable Dep't.**<br>**Po Box 2325**<br>**Ft. Worth, TX 76113** | **Trade debt** | **10,711.96** |
| **Circuit Engineering LLC**<br>**PO Box 309**<br>**Itasca, IL 60143** | **Trade debt** | **9,589.50** |
| **New York State Insurance Fund**<br>**Workmens Compensation**<br>**P.O. Box 5238**<br>**New York, NY 10008-5238** | **services provided** | **9,571.14** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **November 12, 2014** Signature: ***/s/ Thomas DeGasperi***

**Thomas DeGasperi, Pres.**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ____________

**Micro Contract Manufacturing, Inc.** Chapter **11**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . $ **350.00/hr**

   Prior to the filing of this statement I have received . . . . . . $ **15,000.00**

   Balance Due . . . . . . $ ____________

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **appeals**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 12, 2014**
Date

***/s/ Harold M. Somer***

**Harold M. Somer**
**Harold M. Somer, PC**
**1025 Old Country Road Suite 433**
**Westbury, NY 11590**

**harold.somer@verizon.net**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

**IN RE:** Case No. ______________

**Micro Contract Manufacturing, Inc.** Chapter **11**

Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **November 12, 2014**

***/s/ Thomas DeGasperi***
Debtor

______________________________
Joint Debtor

***/s/ Harold M. Somer***
Attorney for Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ACE PRODUCTION TECHNOLOGIES
3010 N FIRST ST
SPOKANE WA 99216

AIRWELD INC
94 MARINE ST
FARMINGDALE NY 11735

ALLIED ELECTRONICS INC
ACC'TS RECEIVABLE DEP'T
PO BOX 2325
FT. WORTH TX 76113

AMERICA II ELECTRONICS INC
PO BOX 21355
ST. PETERSBURG FL 33742

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101-1270

AMPLIFIED POWER & GAS
523 E PUTNAM AVE
GREENWICH CT 06830

AMSTERDAM PRINTING & LITHO
PO BOX 580
AMSTERDAM NY 12010

APPLE RUBBER PRODUCTS
310 ERIE ST
LANCASTER NY 14086

ARROW ELECTRONICS INC
PO BOX 350090
BOSTON MA 02241-0590

ARROW ELECTRONICS INC
C/O SMITH CARROAD LEVY
3056 JERICHO TPKE
COMMACK NY 11725

AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

ATLANTIC PRECISION SPRING INC
125 RONZO RD
BRISTO CT 06010

AVET ELECTRONICS
PO BOX 70390
CHICAGO IL 60673-0390

B&H PRECISION FABRICATORS INC
95 DAVINCI DR
BOHEMIA NY 11716

BANK OF THE WEST
DEP'T 1A 23091
PASADENA CA 91185-3091

BISCO INDUSTRIES
PO BOX 68062
ANAHEIM CA 92817

BOULDER TECHNOLOGIES
60 FARADAY DR
DOVER NH 03820

BROADWAY SELF STORAGE
640 BROADWAY AVE
HOLBROOK NY 11741

CABLEVISION
PO BOX 371378
PITTSBURGH PA  15250-7378

CAPITAL ONE
PO BOX 70886
CHARLOTTE NC  28272-9903

CAPITALONE BANK
4110 VETERANS MEMORIAL HWY
BOHEMIA NY  11713

CARR BUSINESS SYSTEMS
PO BOX 28330
NEW YORK NY  10087-8330

CENTRAL SEMICONDUCTOR INC
145 ADAMS AVE
HAUPPAUGE NY  11788

CHASE
CARD MEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

CIRCUIT ENGINEERING LLC
PO BOX 309
ITASCA IL  60143

COMPUTER ACCOUNTING SERVICES
2375 MAPLE ST
SEAFORD NY  11783

CROUSE-HINDS
PO BOX 640239
PITTSBURGH PA  15264-0239

DANIELS MFG CORP
PO BOX 593872
ORLANDO FL 32859-3872

DE LAGE LANDEN FINANCIAL SERVICES
C/O STARK & STARK PC
993 LENOX DR BLDG 2
LAWRENCEVILLE NJ 08648-2389

DELL MARKETING LP
DELL USA LP
PO BOX 643561
PITTSBURGH PA 15264-3561

DIGI-KEY
701 BROOKS AVE SO
THEIF RIVER FALLS MN 56701-0677

EFC WESCO
REIDVILLE INDUSTRIAL PARK
41 INTERSTATE LA
WATERBURY CT 06705

ELLSWORTH ADHESIVES
PO BOX 88207
MILWAUKEE WI 53288-0207

ERIKA DUQUE
C/O JOSE G SANTIAGO ESQ
201 MORELAND ROAD
HAUPPAUGE NY 11788

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH PA 15250-7461

FISNAR
15 CORPORATE DR STE E
WAYNE NJ 07470

FUTURE ELECTRONICS (US) LLC
3255 PAYS SHERE CIRCLE
CHICAGO IL 60674

GE CAPITAL
PO BOX 642333
PITTSBURGH PA 15264-2333

GLUCKSMAN LIGHTING PRODUCTS
70-31 84TH ST BLDG #38
GLENDALE NY 11385

GSM LI LLC ICA LI LLC ET AL
C/O LONG ISLAND INDUSTRIAL MGT LLC
575 UNDERHILL BLVD STE 200
SYOSSET NY 11791

GSM LI LLC ICA LI LLC ET AL
C/O SALVATORE E BENISATTO ESQ
375 NO BROADWAY STE 201
JERICHO NY 11753

HAWKS MINI METAL
49 ADLER ST UNIT B
W. BABYLON NY 11704

ISLAND INDUSTRIAL MANAGEMENT LLC AGENT
575 UNDERHILL BLVD STE 124
SYOSSET NY 11791

JN WHITE DESIGNS
129 NO CENTER ST
PO BOX 219
PERRY NY 14530

JOSEPHINE MATULA
197 FURROWS ROAD
HOLBROOK NY 11741

KOMAX CORP
3422 EAGLE WAY
CHICAGO IL 60678-1034

LEAF CAPITAL FUNDING
PO BOX 644006
CINCINNATI OH 45264-4006

LI FORUM FOR TECHNOLOGY
510 GRUMMAN RD W
BETHPAGE NY 11714

LOVELL SAFETY MGT CO LLC
110 WILLIAM ST 12TH FLR
NEW YORK NY 10038-4949

MCMASTER-CARR
PO BOX 7690
CHICAGO IL 60680-7690

MET ETCHING TECHNOLOGY
PO BOX 660
HAINESPORT NJ 08036

MICHAEL MATULA
197 FURROWS ROAD
HOLBROOK NY 11741

MICROCHIP TECHNOLOGY INC
PO BOX 842577
BOSTON MA 02284-2577

MOUSER ELECTRONICS
PO BOX 99319
FT. WORTH TX 76199-0319

MSC INDUSTRIAL SUPPLY CO
DEP'T CH 0075
PALATINE IL 60055-0075

MYDATA AUTOMATION INC
PO BOX 83090
WOBURN MA 01813

NAT'L PACKAGING CORP
14 CAMPUS DR
S. KEARNY NJ 07032

NAT'L WASTE SERVICES
1863 HARRISON AVE
BAYSHORE NY 11706

NEW YORK STATE INSURANCE FUND
WORKMENS COMPENSATION
PO BOX 5238
NEW YORK NY 10008-5238

NICHIA AMERICA CORP
48561 ALPHA DR STE 100
WIXOM MI 48393

NORDSON EFD
21076 NETWORK PLACE
CHICAGO IL 60673-1210

NOZZLE SUPPLY COMPANY
PO BOX 1273
POTH TX 78147

ONE BEACON
PO BOX 371311
PITTSBURGH PA 15250-7311

PCI SALES INTERNATIONAL LTD
2 SPRING MEADOW COURT
KINGS PARK NY 11754

PEARL CAPITAL RIVIS VENTURES LLC
40 EXCHANGE PL
NEW YORK NY 10005

PEI GENESIS
2180 HORNIG ROAD
PHILADELPHIA PA 19116-4289

PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM IL 60197-5750

PIONEER EXTERMINATING
25 CALICO TREE LANE
CORAM NY 11727

POSITRONIC
423 N CAM BELL AVENUE
SPRINGFIELD MO 11042-1034

PREMIER MAGNETICS
20381 BARNETS SEA CIRCLE
LAKE FOREST CA 92630

PROFESSIONAL FIRE SERVICE
56 SHORE DRIVE SOUTH
COPIAGUE NY 11726

PROGRESSIVE INSURANCE
PO BOX 105428
ATLANTA GA 30348-5428

RENCO ELECTRONICS
595 INTERNATIONAL PLACE
ROCKLEDGE FL 32955-4200

RYAN ENTERPRISE
1465 LINNET ROAD
WRIGHTWOOD CA 92397

SAMTEC INC
3837 RELIABLE PARKWAY
CHICAGO IL 60686-0038

SAMTEC INC
C/O ROE TAROFF ET AL
1 CORPORATE DRIVE
BOHEMIA NY 11716

SNAP ADVANCES LLC
TANGO CAPITAL
136 E SOUTH TEMPLE STE 2420
SALT LAKE CITY UT 84111

STANDARD SECURITY
CHURCH STREET STATION
PO BOX 6240
NEW YORK NY 10249-6240

STAR COMMUNICATIONS
175 ENGINEERS ROAD
HAUPPAUGE NY 11788

TECHNI-TOOL
PO BOX 827014
PHILADELPHIA PA 19182-7014

TELE-VERSE COMMUNICATIONS
730 BLUE POINT ROAD
HOLTSVILLE NY 11742

TTI INC
PO DRAWER 99111
FORT WORTH TX 76199-0111

TYCO ELECTRONICS CORP
24627 NETWORK PL
CHICAGO IL 60673-1246

TYCO ELECTRONICS CORP
C/O BORGES & ASSOC
575 UNDERHILL BLVD
SYOSSET NY 11791

ULINE
PO BOX 88741
CHICAGO IL 60680

UNDERWRITERS LABORATORIES INC
751 REMITTANCE DR SUITE 1524
CHICAGO IL 60675-1524

UNIVERSAL INSTRUMENTS CORP
PO BOX 8500
PHILADELPHIA PA 19178

UTZ LLC
4 PECKMAN ROAD
LITTLE FALLS NJ 07424

VITRONICS SOLTEC INC
PO BOX 27566
NEW YORK NY 10087-7566

WEBSON FASTENERS INC
600 SOUTH SECOND STREET
DEER PARK NY 11729

WEX BANK/SUNOCO
PO BOX 3440
BOSTON MA 02241-3440

WURTH
121 AIRPORT DRIVE
PO BOX 1330
WATERTOWN SD 52720-1000

YELLOWSTONE CAPITAL LLC
160 PEARL ST
NEW YORK NY 10005

**United States Bankruptcy Court**
**Eastern District of New York**
**www.nyeb.uscourts.gov**

**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S): Micro Contract Manufacturing, Inc.____________________ CASENO.: ________________________**

**Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor** *(or any other petitioner)* **hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:**

**[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]**

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**
☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:____________ JUDGE:___________________________ DISTRICT/DIVISION:________________________**
**CASE STILL PENDING (Y/N):________** *[If closed]* **Date of closing:______________**
**CURRENT STATUS OF RELATED CASE:_______________________________________________________________**
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**
**MANNER IN WHICH CASES ARE RELATED** *(Refer to* **NOTE** *above)***:____________________________________**
**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:____________________________________________________________________**
______________________________________________________________________________________________
______________

**2. CASE NO.:____________ JUDGE:___________________________ DISTRICT/DIVISION:________________________**
**CASE STILL PENDING (Y/N):________** *[If closed]* **Date of closing:______________**
**CURRENT STATUS OF RELATED CASE:_______________________________________________________________**
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**
**MANNER IN WHICH CASES ARE RELATED** *(Refer to* **NOTE** *above)***:____________________________________**
**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:____________________________________________________________________**
______________________________________________________________________________________________
______________

**3. CASE NO.:____________ JUDGE:___________________________ DISTRICT/DIVISION:________________________**
**CASE STILL PENDING (Y/N):________** *[If closed]* **Date of closing:______________**
**CURRENT STATUS OF RELATED CASE:_______________________________________________________________**
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**
**MANNER IN WHICH CASES ARE RELATED** *(Refer to* **NOTE** *above)***:____________________________________**
**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:____________________________________________________________________**
______________________________________________________________________________________________
______________

*NOTE:* **Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**DISCLOSURE OF RELATED CASES (cont'd)**

**I am admitted to practice in the Eastern District of New York (Y/N): Y**

**CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.**

**/s/ Harold M. Somer**
**Signature of Debtor's Attorney**

**/s/ Thomas DeGasperi**
**Signature of Pro Se Debtor/Petitioner**

**119 Comac Street**
**Mailing Address of Debtor/Petitioner**

**Ronkonkoma, NY 11779**
**City, State, Zip Code**

**Email Address**

**Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**