UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

MICRO CONTRACT MANUFACTURING, INC.      Chapter 11
                                        Debtor                    Case No. 14-
_____

BANKRUPTCY RULE 1007(a)(1) OWNERSHIP STATEMENT

Thomas DeGasperi, the President of the Debtor, states that there are no entities to report pursuant to Bankruptcy Rule 7001.1 (a) as no corporation owns directly or indirectly any interest in the Debtor.

Dated: November 12, 2014                                                      /S/ Thomas DeGasperi
                                                                                     _____
                                                                                     Thomas DeGasperi