UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

MICRO CONTRACT MANUFACTURING, INC.          Chapter 11
                        Debtor              Case No. 14-

---

## CLOSELY HELD CORPORATION SHAREHOLDERS

A) 50%

Josephine Matula
197 Furrows Road
Holbrook, NY 11741

B) 50%

Gary Hancock
191 Avondale Drive
Centereach, NY 11720


Dated: November 12, 2014

_____
Thomas DeGasperi