B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                    Case No. **14-75107-reg**

**Micro Contract Manufacturing, Inc.**                        Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 1,474,850.29 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 553,254.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 1,309,866.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 1,474,850.29 | $ 1,863,121.67 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Micro Contract Manufacturing, Inc.**                    Case No. **14-75107-reg**
                    Debtor(s)                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Micro Contract Manufacturing, Inc.      Case No. **14-75107-reg**

Debtor(s)         (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank checking account** | | **45,199.29** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit with landlord** | | **31,092.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** <u>Micro Contract Manufacturing, Inc.</u>                                         Case No. <u>**14-75107-reg**</u>
                        Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | receivables | | 361,086.00 |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevy Van with approx. 90,000 miles | | 7,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | computers | | 65,000.00 |
| | | office furniture,equipment and fixtures, | | 75,000.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | machinery and equipment | | 217,000.00 |
| 30.  Inventory. | | inventory | | 673,473.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                                    Case No. **14-75107-reg**
                          Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,474,850.29** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Micro Contract Manufacturing, Inc.**        Case No. **14-75107-reg**
_____
    Debtor(s)                                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2766** <br><br> **CapitalOne Bank** <br> **4110 Veterans Memorial Hwy.** <br> **Bohemia, NY  11713** | | | 10/13 loan; lien on all assets <br><br><br> VALUE $ **1,436,758.29** | | | | **155,443.45** | |
| ACCOUNT NO. **0962** <br><br> **CapitalOne Bank** <br> **4110 Veterans Memorial Hwy.** <br> **Bohemia, NY  11713** | | | 8/12 line of credit; nearly all assets <br><br><br> VALUE $ **1,075,672.29** | | | | **250,036.46** | |
| ACCOUNT NO. <br><br> **Pearl Capital Rivis Ventures LLC** <br> **40 Exchange Pl.** <br> **New York, NY  10005** | X | | 6/14 loan; lien on receivables, inventory, equipment, cash <br><br> VALUE $ **1,436,758.29** | | | | **23,048.00** | |
| ACCOUNT NO. **1045** <br><br> **Snap Advances LLC** <br> **Tango Capital** <br> **136 E. South Temple, Ste. 2420** <br> **Salt Lake City, UT  84111** | | | 3/21/14 loan; AR's, equipment, furniture, inventory, future property <br><br> VALUE $ **1,436,758.29** | | | | **72,814.99** | |

    **1**    continuation sheets attached

Subtotal
(Total of this page)    $ **501,342.90**    $

Total
(Use only on last page)    $          $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.      Case No. **14-75107-reg**
_____
Debtor(s)                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9403** <br><br> **Yellowstone Capital LLC** <br> **160 Pearl St.** <br> **New York, NY 10005** | X | | **10/14 loan; accounts, equipment, chattel paper, general intangibles** <br><br><br> VALUE $ **1,075,672.29** | | | | **51,912.00** | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **51,912.00** | $

Total (Use only on last page) $ **553,254.90** | $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** Micro Contract Manufacturing, Inc.                                        Case No. **14-75107-reg**
_____                         _____
Debtor(s)                                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Micro Contract Manufacturing, Inc.        Case No. **14-75107-reg**

Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ace Production Technologies**<br>**3010 N. First St.**<br>**Spokane, WA  99216** | | | **3 and 4/13; equipment repair services provided** | | | | **2,255.00** |
| ACCOUNT NO.<br><br>**Airweld Inc.**<br>**94 Marine St.**<br>**Farmingdale, NY  11735** | | | **3/14 - 10/14; goods  sold and delivered** | | | | **1,141.45** |
| ACCOUNT NO.<br><br>**Allied Electronics Inc.**<br>**Acc'ts Receivable Dep't.**<br>**Po Box 2325**<br>**Ft. Worth, TX  76113** | | | **6/13 - 1/14; inventory sold and delivered** | | | | **10,711.96** |
| ACCOUNT NO.<br><br>**America II Electronics Inc.**<br>**PO Box 21355**<br>**St. Petersburg, FL  33742** | | | **8/13 - 10/13; goods sold and delivered** | | | | **3,685.30** |

  **12** continuation sheets attached

|  | Subtotal (Total of this page) | $ | **17,793.71** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                          Case No. **14-75107-reg**
_____                          _____
             Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7003** <br> **American Express** <br> **PO Box 1270** <br> **Newark, NJ 07101-1270** | | | 11/14 statement; credit card | | | | 32,359.30 |
| ACCOUNT NO. **1000** <br> **American Express** <br> **PO Box 1270** <br> **Newark, NJ 07101-1270** | | | 11/14 statement; credit card | | | | 20,312.43 |
| ACCOUNT NO. <br> **Amplified Power & Gas** <br> **523 E. Putnam Ave.** <br> **Greenwich, CT 06830** | | | 8/14 - 10/14; gas utility services provided | | | | 14,855.85 |
| ACCOUNT NO. <br> **Amsterdam Printing & Litho** <br> **PO Box 580** <br> **Amsterdam, NY 12010** | | | 10/14; printing services rendered | | | | 153.41 |
| ACCOUNT NO. <br> **Apple Rubber Products** <br> **310 Erie St.** <br> **Lancaster, NY 14086** | | | 4/14; goods sold and delivered | | | | 610.00 |
| ACCOUNT NO. <br> **Arrow Electronics Inc.** <br> **PO Box 350090** <br> **Boston, MA 02241-0590** | | | 6/13 -10/13; goods sold and delivered | | | | 49,826.69 |
| ACCOUNT NO. <br> **AT&T Mobility** <br> **PO Box 6463** <br> **Carol Stream, IL 60197-6463** | | | 9/14 and 10/14; cell phone services provided | | | | 379.07 |

Sheet no. ___**1**___ of ___**12**___ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)   $ **118,496.75**

                                                                                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                                   Case No. **14-75107-reg**
_____                          _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Atlantic Precision Spring Inc.** <br> 125 Ronzo Rd. <br> Bristo, CT 06010 | | | 8/13; goods sold and delivered | | | | 1,664.45 |
| ACCOUNT NO. <br> **Avet Electronics** <br> PO Box 70390 <br> Chicago, IL 60673-0390 | | | 5/13 and 2/14; goods sold and delivered | | | | 161.00 |
| ACCOUNT NO. <br> **B&H Precision Fabricators Inc.** <br> 95 Davinci Dr. <br> Bohemia, NY 11716 | | | 3/14 - 6/14; goods sold and delivered | | | | 17,082.00 |
| ACCOUNT NO. <br> **Bank Of The West** <br> Dep't. 1A 23091 <br> Pasadena, CA 91185-3091 | | | 3/11; equipment lease - arrears | | | | 17,363.64 |
| ACCOUNT NO. <br> **Bisco Industries** <br> PO Box 68062 <br> Anaheim, CA 92817 | | | 5/13 - 7/13; goods sold and delivered | | | | 16,206.88 |
| ACCOUNT NO. <br> **Boulder Technologies** <br> 60 Faraday Dr. <br> Dover, NH 03820 | | | 8/13; goods sold and delivered | | | | 50.00 |
| ACCOUNT NO. <br> **Broadway Self Storage** <br> 640 Broadway Ave. <br> Holbrook, NY 11741 | | | 10/14; storage services rendered | | | | 211.00 |

Sheet no. **2** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **52,738.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **Micro Contract Manufacturing, Inc.**        Case No. **14-75107-reg**
_____
                        Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cablevision**<br>**PO Box 371378**<br>**Pittsburgh, PA  15250-7378** | | | 9/14 and 10/14; services rendred | | | | **672.70** |
| ACCOUNT NO. **7673**<br>**Capital One**<br>**PO Box 70886**<br>**Charlotte, NC  28272-9903** | X | | 11/14 statement; credit card | | | | **22,100.55** |
| ACCOUNT NO.<br>**Carr Business Systems**<br>**PO Box 28330**<br>**New York, NY  10087-8330** | | | 3/14 - 9/14; month to month copier and printer lease | | | | **503.33** |
| ACCOUNT NO.<br>**Central Semiconductor Inc.**<br>**145 Adams Ave.**<br>**Hauppauge, NY  11788** | | | 10/13; goods sold and delivered | | | | **600.00** |
| ACCOUNT NO. **4828**<br>**Chase**<br>**Card Member Service**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | | 11/14 statement; credit card | | | | **15,434.43** |
| ACCOUNT NO.<br>**Circuit Engineering LLC**<br>**PO Box 309**<br>**Itasca, IL  60143** | | | 5 & 6/14; services rendered and good sold and delivered | | | | **9,589.50** |
| ACCOUNT NO.<br>**Computer Accounting Services**<br>**2375 Maple St.**<br>**Seaford, NY  11783** | | | 12/13 6/14; services rendered | | | | **2,112.50** |

Sheet no. **3** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
             (Total of this page)   $   **51,013.01**

                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                                    Case No. **14-75107-reg**
_____                          _____
                                    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crouse-Hinds**<br>**PO Box 640239**<br>**Pittsburgh, PA  15264-0239** | | | 7/12; goods sold and delivered | | | | 5,927.50 |
| ACCOUNT NO.<br>**Daniels Mfg. Corp.**<br>**PO Box 593872**<br>**Orlando, FL  32859-3872** | | | 10/13; goods sold and delivered | | | | 190.65 |
| ACCOUNT NO.<br>**De Lage Landen Financial Services**<br>**C/O Stark & Stark Pc**<br>**993 Lenox Dr., Bldg. 2**<br>**Lawrenceville, NJ  08648-2389** | | | 10/14 complaint; equipment lease | | | | 60,429.92 |
| ACCOUNT NO.<br>**Dell Marketing LP**<br>**Dell USA LP**<br>**PO Box 643561**<br>**Pittsburgh, PA  15264-3561** | | | 9/13 -4/14; purchase of computers | | | | 6,805.26 |
| ACCOUNT NO.<br>**Digi-Key**<br>**701 Brooks Ave. So.**<br>**Theif River Falls, MN  56701-0677** | | | 7/13 - 11/13; goods sold and delivered | | | | 59,310.82 |
| ACCOUNT NO.<br>**EFC Wesco**<br>**Reidville Industrial Park**<br>**41 Interstate La.**<br>**Waterbury, CT  06705** | | | 9/14; goods sold and delivered | | | | 194.32 |
| ACCOUNT NO.<br>**Ellsworth Adhesives**<br>**PO Box 88207**<br>**Milwaukee, WI  53288-0207** | | | 10/13; goods sold and delivered | | | | 177.24 |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **133,035.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Micro Contract Manufacturing, Inc.</u>                    Case No. <u>**14-75107-reg**</u>
                            Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Erika Duque**<br>**C/O Jose G. Santiago, Esq.**<br>**201 Moreland Road**<br>**Hauppauge, NY  11788** | | | complaint filed 12/12; alleged sexual and Title VII employemnt discrimination related to pregnancy | | X | X | **unknown** |
| ACCOUNT NO.<br>**Federal Express**<br>**PO Box 371461**<br>**Pittsburgh, PA  15250-7461** | | | 1/14; services rendered | | | | **128.82** |
| ACCOUNT NO.<br>**FISNAR**<br>**15 Corporate Dr., Ste. E**<br>**Wayne, NJ  07470** | | | 11/12; goods sold and delivered | | | | **61.10** |
| ACCOUNT NO.<br>**Future Electronics (US) LLC**<br>**3255 Pays Shere Circle**<br>**Chicago, IL  60674** | | | 7/13 - 4/14; goods sold and delivered | | | | **55,966.51** |
| ACCOUNT NO.<br>**GE Capital**<br>**PO Box 642333**<br>**Pittsburgh, PA  15264-2333** | | | 9 & 10/14; copier lease | | | | **1,915.80** |
| ACCOUNT NO.<br>**Glucksman Lighting Products**<br>**70-31 84th St., Bldg. #38**<br>**Glendale, NY  11385** | | | 11/13 - 1/14; goods sold and delivered | | | | **7,000.00** |
| ACCOUNT NO.<br>**GSM LI LLC, ICA LI LLC, Et Al**<br>**C/O Long Island Industrial Mgt. LLC**<br>**575 Underhill Blvd., Ste. 200**<br>**Syosset, NY  11791** | | | rent commencing May 2014 together with additional charges from February 2013 | | | X | **132,480.87** |

Sheet no. ___**5**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **197,553.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Micro Contract Manufacturing, Inc.**                              Case No. **14-75107-reg**
_____                              _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hawks Mini Metal**<br>**49 Adler St., Unit B**<br>**W. Babylon, NY  11704** | | | 7/14; goods sold and delivered | | | | **734.25** |
| ACCOUNT NO.<br>**JN White Designs**<br>**129 No. Center St.**<br>**PO Box 219**<br>**Perry, NY  14530** | | | 7/13; services rendered | | | | **228.00** |
| ACCOUNT NO.<br>**Josephine Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741** | | | loans to debtor | | | | **195,000.00** |
| ACCOUNT NO.<br>**Komax Corp.**<br>**3422 Eagle Way**<br>**Chicago, IL  60678-1034** | | | 7/13; goods sold and delivered | | | | **3,425.00** |
| ACCOUNT NO.<br>**Leaf Capital Funding**<br>**PO Box 644006**<br>**Cincinnati, OH  45264-4006** | | | 8,9 & 10/14; equipment lease arrears | | | | **4,651.56** |
| ACCOUNT NO.<br>**LI Forum For Technology**<br>**510 Grumman Rd. W.**<br>**Bethpage, NY  11714** | | | 3/13; services rendered | | | | **4,500.00** |
| ACCOUNT NO.<br>**Lovell Safety Mgt. Co. LLC**<br>**110 William St., 12th Flr.**<br>**New York, NY  10038-4949** | | | 3/14-10/14; services rendered | | | | **2,139.14** |

Sheet no. **6** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **210,677.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Micro Contract Manufacturing, Inc.</u>                      Case No. <u>**14-75107-reg**</u>
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | | | **2-4/13; goods sold and delivered** | | | | **244.27** |
| ACCOUNT NO.<br>**Met Etching Technology**<br>**PO Box 660**<br>**Hainesport, NJ 08036** | | | **2 /13 -1/14; services rendered** | | | | **7,667.00** |
| ACCOUNT NO.<br>**Michael Matula**<br>**197 Furrows Road**<br>**Holbrook, NY 11741** | | | **loan to debtor 45,000; credit card charges for debtor 74,744.62** | | | | **119,744.62** |
| ACCOUNT NO.<br>**Microchip Technology Inc.**<br>**PO Box 842577**<br>**Boston, MA 02284-2577** | | | **9/13-1/14; goods sold and delivered** | | | | **6,372.35** |
| ACCOUNT NO.<br>**Mouser Electronics**<br>**PO Box 99319**<br>**Ft. Worth, TX 76199-0319** | | | **7/13-12/13; goods sold and delivered** | | | | **66,896.91** |
| ACCOUNT NO.<br>**MSC Industrial Supply Co.**<br>**Dep't. CH 0075**<br>**Palatine, IL 60055-0075** | | | **10 & 12/13; goods sold and delivered** | | | | **119.59** |
| ACCOUNT NO.<br>**Mydata Automation Inc.**<br>**PO Box 83090**<br>**Woburn, MA 01813** | | | **2-10/13; services rendered** | | | | **5,440.60** |

Sheet no. __**7**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **206,485.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                                    Case No. **14-75107-reg**
_____                    _____
                        Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nat'l Packaging Corp**<br>**14 Campus Dr.**<br>**S. Kearny, NJ  07032** | | | 10/12-6/13; goods sold and delivered | | | | 1,261.46 |
| ACCOUNT NO.<br>**Nat'l Waste Services**<br>**1863 Harrison Ave.**<br>**Bayshore, NY  11706** | | | 2 -10/14; services rendered | | | | 4,888.10 |
| ACCOUNT NO.<br>**New York State Insurance Fund**<br>**Workmens Compensation**<br>**P.O. Box 5238**<br>**New York, NY  10008-5238** | | | 8-9/14 insurance premiums | | | | 9,571.14 |
| ACCOUNT NO.<br>**Nichia America Corp.**<br>**48561 Alpha Dr., Ste. 100**<br>**Wixom, MI  48393** | | | 6 - 8/14; goods sold and delivered | | | | 77,340.00 |
| ACCOUNT NO.<br>**Nordson EFD**<br>**21076 Network Place**<br>**Chicago, IL  60673-1210** | | | 9-11/13 for goods sold and delivered | | | | 126.20 |
| ACCOUNT NO.<br>**Nozzle Supply Company**<br>**P.O. Box 1273**<br>**Poth, TX  78147** | | | 9/13-5/14 goods sold and delivered | | | | 30.09 |
| ACCOUNT NO.<br>**One Beacon**<br>**P.O. Box 371311**<br>**Pittsburgh, PA  15250-7311** | | | 3-6/14 insurance premiums | | | | 6,090.10 |

Sheet no. **8** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **99,307.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                    Case No. **14-75107-reg**
_____                    _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**P.C.I. Sales International, LTD.**<br>**2 Spring Meadow Court**<br>**Kings Park, NY  11754** | | | 3/12 - 11/14 for goods sold and delivered | | | | **170,265.70** |
| ACCOUNT NO. <br><br>**PEI Genesis**<br>**2180 Hornig Road**<br>**Philadelphia, PA  19116-4289** | | | 12/13 for goods sold and delivered | | | | **733.75** |
| ACCOUNT NO. <br><br>**Personnel Concepts**<br>**P.O. Box 5750**<br>**Carol Stream, IL  60197-5750** | | | 8 - 10/14; goods sold and delivered | | | | **552.59** |
| ACCOUNT NO. <br><br>**Pioneer Exterminating**<br>**25 Calico Tree Lane**<br>**Coram, NY  11727** | | | 8 - 11/14; services rendered | | | | **260.70** |
| ACCOUNT NO. <br><br>**Positronic**<br>**423 N. Cam Bell Avenue**<br>**Springfield, MO  11042-1034** | | | 5-6/14; goods sold and delivered | | | | **2,410.40** |
| ACCOUNT NO. <br><br>**Premier Magnetics**<br>**20381 Barnets Sea Circle**<br>**Lake Forest, CA  92630** | | | 11-12/13; goods sold and delivered | | | | **1,860.00** |
| ACCOUNT NO. <br><br>**Professional Fire Service**<br>**56 Shore Drive South**<br>**Copiague, NY  11726** | | | 5/14; serices rendered | | | | **448.28** |

Sheet no. **9** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **176,531.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Micro Contract Manufacturing, Inc.**                          Case No. **14-75107-reg**
_____                    _____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Progressive Insurance**<br>**P.O. Box 105428**<br>**Atlanta, GA  30348-5428** | | | **10/20/14 insurance premium** | | | | **3,084.00** |
| ACCOUNT NO.<br>**Renco Electronics**<br>**595 International Place**<br>**Rockledge, FL  32955-4200** | | | **9-12/13; goods sold and delivered** | | | | **2,025.00** |
| ACCOUNT NO.<br>**Ryan Enterprise**<br>**1465 Linnet Road**<br>**Wrightwood, CA  92397** | | | **6/14; goods sold and delivered** | | | | **25.00** |
| ACCOUNT NO.<br>**SAMTEC, Inc.**<br>**3837 Reliable Parkway**<br>**Chicago, IL  60686-0038** | | | **8/13-10/13; goods sold and delivered** | | | | **11,356.79** |
| ACCOUNT NO.<br>**Standard Security**<br>**Church Street Station**<br>**P.O. Box 6240**<br>**New York, NY  10249-6240** | | | **1/14; goods sold and delivered** | | | | **1,119.65** |
| ACCOUNT NO.<br>**Star Communications**<br>**175 Engineers Road**<br>**Hauppauge, NY  11788** | | | **12/13-3/14; goods sold and delivered** | | | | **592.77** |
| ACCOUNT NO.<br>**Techni-Tool**<br>**P.O. Box 827014**<br>**Philadelphia, PA  19182-7014** | | | **10/13; goods sold and delivered** | | | | **50.65** |

Sheet no. __**10**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ | **18,253.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Micro Contract Manufacturing, Inc.                                      Case No. **14-75107-reg**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tele-Verse Communications**<br>**730 Blue Point Road**<br>**Holtsville, NY 11742** | | | 5/13-9/13; services rendered | | | | 1,976.44 |
| ACCOUNT NO.<br><br>**TTI, Inc.**<br>**P.O. Drawer 99111**<br>**Fort Worth, TX 76199-0111** | | | 5-7/13; goods sold and delivered | | | | 6,686.41 |
| ACCOUNT NO.<br><br>**Tyco Electronics Corp.**<br>**24627 Network Pl.**<br>**Chicago, IL 60673-1246** | | | 2/13-10/14; goods sold and delivered | | | | 4,870.00 |
| ACCOUNT NO.<br><br>**Uline**<br>**P.O. Box 88741**<br>**Chicago, IL 60680** | | | 8-10/13; goods sold and delivered | | | | 4,518.54 |
| ACCOUNT NO.<br><br>**Underwriters Laboratories Inc.**<br>**751 Remittance Dr., Suite 1524**<br>**Chicago, IL 60675-1524** | | | 3-4/14; labels sold and delivered | | | | 48.70 |
| ACCOUNT NO.<br><br>**Universal Instruments Corp.**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | | | 9/13; goods sold and delivered | | | | 1,500.00 |
| ACCOUNT NO.<br><br>**Utz, LLC**<br>**4 Peckman Road**<br>**Little Falls, NJ 07424** | | | 5-10/14; goods sold and delivered | | | | 1,336.00 |

Sheet no. **11** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,936.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Micro Contract Manufacturing, Inc.**                                    Case No. **14-75107-reg**
_____                           _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vitronics Soltec, Inc.**<br>**P.O. Box 27566**<br>**New York, NY  10087-7566** | | | 11/13; services rendered | | | | 1,662.87 |
| ACCOUNT NO.<br>**Webson Fasteners Inc.**<br>**600 South Second Street**<br>**Deer Park, NY  11729** | | | 5-7/14; goods sold and delivered | | | | 636.00 |
| ACCOUNT NO.<br>**Wex Bank/Sunoco**<br>**P.O. Box 3440**<br>**Boston, MA  02241-3440** | | | 4/14-7/14; credit card | | | | 894.90 |
| ACCOUNT NO.<br>**Wurth**<br>**121 Airport Drive**<br>**P.O. Box 1330**<br>**Watertown, SD  52720-1000** | | | 6-8/14; goods sold and delivered | | | | 3,850.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**12**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,043.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,309,866.77**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Micro Contract Manufacturing, Inc.                                    Case No. **14-75107-reg**
                                                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bank Of The West**<br>Dep't. 1A 23091<br>Pasadena, CA  91185-3091 | **3/11 equipment lease** |
| **Island Industrial Management LLC, Agent**<br>575 Underhill Blvd., Ste. 124<br>Syosset, NY  11791 | **commercial lease of premises located at 119 Comac St., Ronkonkoma, NY expiring on or about March 31, 2018** |
| **GE Capital**<br>PO Box 642333<br>Pittsburgh, PA  15264-2333 | **copier lease** |
| **Leaf Capital Funding**<br>PO Box 644006<br>Cincinnati, OH  45264-4006 | **equipment lease** |
| **De Lage Landen Financial Services**<br>C/O Stark & Stark Pc<br>993 Lenox Dr., Bldg. 2<br>Lawrenceville, NJ  08648-2389 | **equipment lease** |
| **Dell Marketing LP**<br>Dell USA LP<br>PO Box 643561<br>Pittsburgh, PA  15264-3561 | **lease of computers** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Micro Contract Manufacturing, Inc.**                               Case No. **14-75107-reg**
_____                                    _____
                  Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Josephine Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741** | **Pearl Capital Rivis Ventures LLC**<br>**40 Exchange Pl.**<br>**New York, NY  10005**<br><br>**Yellowstone Capital LLC**<br>**160 Pearl St.**<br>**New York, NY  10005** |
| **Michael Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741** | **Capital One**<br>**PO Box 70886**<br>**Charlotte, NC  28272-9903** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

**IN RE** Micro Contract Manufacturing, Inc. _____     Case No. **14-75107-reg** _____

Debtor(s)                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

Debtor

Date: _____     Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Pres.** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Micro Contract Manufacturing, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 28, 2014** _____     Signature: ***/s/ Thomas DeGasperi*** _____

**Thomas DeGasperi**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
# Eastern District of New York

IN RE:                                 Case No. **14-75107-reg**

**Micro Contract Manufacturing, Inc.**             Chapter **11**

                 Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 4,264,177.00 | 2012 |
| 4,954,082.00 | 2013 |
| 3,648,973.00 | 2014 through October 31 |

---

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Altus** | | **10,031.88** | **0.00** |
| **Q Source** | | **10,611.02** | **0.00** |
| **Circuit Engineering LLC**<br>**PO Box 309**<br>**Itasca, IL  60143-0000** | | **40,132.95** | **0.00** |
| **BE Aerospace** | | **11,530.00** | **0.00** |
| **Met Life Ins.** | | **9,217.37** | **0.00** |
| **LI Industrial Mgt.** | | **37,188.66** | **0.00** |
| **Tom Waldron** | | **11,409.76** | **0.00** |
| **John Waldron** | | **12,458.98** | **0.00** |
| **BNB Inc.** | | **14,149.28** | **0.00** |

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Thomas DeGasperi**<br>**101 Middle Island Blvd.**<br>**Middle Island, NY  11953-0000**<br>**officer** | | **26,000.00** | **0.00** |
| **reimbursement for components purchased** | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **De Lage Landen Financial Services Inc. v. Micro Contract Manufacturing Inc.;  14-10444** | **breach of equipment lease** | **Court of Common Pleas of Chester County, PA** | **pending** |
| **GSM LI LLC et al v. Micro Contract Manufacturing Inc.;   LT 1544-14/IS** | **non-payment of rent** | **5th Dist., Suff. Co.** | **pending** |
| **Erika Duque v. Micro Contrct Management, Inc.;  12 CV-6178** | **sexual and Title VII employment discrimination related to pregnancy** | **USDC, EDNY** | **pending** |
| **Samtec v. Micro Contract Mfg; CV-8206/14** | **money owed for goods sold and delivered** | **1st Dist., Suff. Co.** | **pending** |
| **Tyco v. Micro Contract Mfg; CV-8296/14** | **money due for goods sold and delivered** | **1st Dist., Suff. Co.** | **pending** |
| **Arrow Electronics v. Micro Contract Mfg;** | **money due for goods sold and delivered** | **Suff. Supreme** | **pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harold M. Somer, PC** | **11/11/14** | **15,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Joel N. Kessler, CPA**<br>**Kessler Kiscia Et Al**<br>**910 Middle Country Road**<br>**Selden, NY  11784** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Joel N. Kessler, CPA**<br>**Kessler Kiscia Et Al**<br>**910 Middle Country Road**<br>**Selden, NY  11784** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

**Debtor**

**Books and records are at debtor's location**

**Joel N. Kessler, CPA**
**Kessler Kiscia Et Al**
**910 Middle Country Road**
**Selden, NY  11784**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Pearl Capital Rivis Ventures LLC**<br>**40 Exchange Pl.**<br>**New York, NY  10005** | |
| **Snap Advances LLC**<br>**Tango Capital**<br>**136 E. South Temple, Ste. 2420**<br>**Salt Lake City, UT  84111** | |
| **Yellowstone Capital LLC**<br>**160 Pearl St.**<br>**New York, NY  10005** | |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **11/12/14** | **Thomas DeGasperi** | **$673,473.00:  based upon cost as contained in the computer inventory program** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | **Thomas DeGasperi** |
| | **101 Middle Island Blvd.** |
| | **Middle Island, NY  11953-0000** |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Thomas DeGasperi**<br>**101 Middle Island Blvd.**<br>**Middle Island, NY  11953** | **President** | |
| **Josephine Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741** | **Sec/Treas** | **50% Shareholder** |
| **Michael Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741** | **CFO** | |
| **Gary Hancock**<br>**191 Avondale Drive**<br>**Centereach, NY  11720** | **COO** | **50% Shareholder** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Josephine Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741**<br>**shareholder** | | **180,000.00** |
| **Michael Matula**<br>**197 Furrows Road**<br>**Holbrook, NY  11741**<br>**officer** | | **78,000.00** |
| **Thomas DeGasperi**<br>**101 Middle Island Blvd.**<br>**Middle Island, NY  11953**<br>**officer** | | **35,420.00** |

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑  has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 28, 2014**                     Signature: **/s/ Thomas DeGasperi**

**Thomas DeGasperi, Pres.**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only